USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
MARCOS CALCANO,
*and on behalf of all other persons similarly situated*

                              **Plaintiffs,**

        -against-

GAMESTOP CORP.,

                              **Defendant.**
------------------------------------------------------------------------ x

19-CV-9814 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the Parties' letters regarding Defendant's anticipated motion to dismiss. ECF Nos. 16-17. The Court encourages the Parties to engage in settlement discussions in this matter. The Parties are hereby **ORDERED** to submit a Joint Status Report indicating the status of such settlement discussions by **May 12, 2020**. If this matter is not resolved by that date, then the Parties should also propose a briefing schedule for Defendants' motion to dismiss in the Joint Status Report.

**SO ORDERED.**

Dated:    **April 14, 2020**
                **New York, New York**

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**