```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/1/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------- x
**MARCOS CALCANO,**                                              :
*and on behalf of all other persons similarly situated*          :
                                                                 :
                                                                 :           19-CV-9814 (ALC)
                                       **Plaintiffs,**           :
                                                                 :           **ORDER**
                    -against-                                    :
                                                                 :
**GAMESTOP CORP.,**                                              :
                                                                 :
                                       **Defendant.**            :
---------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the Parties' joint request to stay this action pending resolution of the appeal in *Dominguez v. Banana Republic*, No. 19-CV-10171, 2020 WL 1950496, (S.D.N.Y. Apr. 23, 2020). That request is hereby **DENIED**. The Parties are **ORDERED** to proceed in accordance with the following briefing schedule on Defendant's motion to dismiss:

        **Defendant's Moving Brief:**      June 12, 2020

        **Plaintiff's Opposition:**        June 26, 2020

        **Defendant's Reply:**          July 3, 2020

**SO ORDERED.**

**Dated:**      **June 1, 2020**
              **New York, New York**

                                                      _____
                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**