USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/15/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------ x

**MARCOS CALCANO,**
*and on behalf of all other persons similarly situated*

           **Plaintiffs,**

     -against-

**GAMESTOP CORP.,**

           **Defendant.**

------------------------------------------------------------------------ x

**19-CV-9814 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

     The Court is in receipt of the Parties' Letter, ECF No. 24, in response to the Court's June 24, 2020 Order, ECF No. 23. After careful consideration, the Court hereby **STAYS** this case, and any and all deadlines, pending resolution of the consolidated appeals in *Mendez v. AnnTaylor, Inc.*, No. 19-CV-10625, 2020 WL 1974211 (S.D.N.Y. Apr. 24, 2020), *appeal filed* (No. 20-1550). Defendant's pending motion to dismiss is **DENIED** without prejudice to refile the motion after the stay is lifted. The Parties should submit, in writing, a joint status report indicating how they would like to proceed within 14 days of the resolution of the consolidated appeals.

**SO ORDERED.**

**Dated:**     **July 15, 2020**
              **New York, New York**

                                                          _____
                                                            **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**