DocuSign Envelope ID: BBD088EE-37F3-4FD5-98CE-10EDDA40348D

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___12/31/2020___

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCOS CALCANO, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                        Plaintiff,

            v.

GAMESTOP CORP.,

                        Defendant.

1:19-cv-09814-ALC

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Marcos Calcano ("Plaintiff") and GameStop Corp. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: December 30, 2020

THE MARKS LAW FIRM, PC

By: _____
    Bradly G. Marks
    175 Varick St., 3rd Floor
    New York, New York 10015
    Tel: (646) 770-3775
    brad@markslawpc.com

*Attorneys for Plaintiff*

**SO ORDERED:**

Dated: ___December 31___, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Michael F. Fleming
    101 Park Avenue
    New York, New York 10178
    Tel: (212) 309-6207
    michael.fleming@morganlewis.com

*Attorneys for Defendant*

_____
United States District Judge